UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
GARY MCNEILL

    -V-

MR. MARCELLINO et ano
-------------------------------------------------X

ORDER
CV10-948 (JBW)

No objection having been filed, the Magistrate Judge's report and recommendation is adopted in it's entirety. The case is dismissed for failure to prosecute.

                                                       JACK B. WEINSTEIN
                                           SR. UNITED STATES DISTRICT JUDGE

DATED: 2/17/11

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 3 2011 ★
BROOKLYN OFFICE